760 A.2d 367

James McCUTCHEON and Geraldine McCutcheon

v.

PHILADELPHIA ELECTRIC COMPANY and Robert
E. Lamb, Inc. and D.N.B. Mechanical Systems,
Inc., and J.L. Sutch Construction Co., Inc.

Petitions of Robert E. Lamb, Inc.

Cross Petitions of James and Geraldine McCutcheon.

Supreme Court of Pennsylvania.

Sept. 27, 2000.

## ORDER

PER CURIAM:

AND NOW, this 27th day of September, 2000, the Petitions
for Allowance of Appeal are hereby GRANTED, limited to the
following issue:

Whether the Superior Court erred in failing to consider
issues raised on appeal which would afford appellants the
greatest relief?

The Cross Petitions of James McCutcheon and Geraldine
McCutcheon are hereby GRANTED, limited to the following
issue:

Whether the Superior Court erred in *sua sponte* raising the
issue of the delay damages on the loss of consortium claim
of Geraldine McCutcheon.